```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                      CENTRAL DIVISION at LEXINGTON
```

| | |
|---|---|
| CESAR ALVAREZ SANTACRUZ, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | Civil Case No. |
| v. ) | 14-CV-135-JMH |
| ) | |
| MI MEXICO OF GEORGETOWN, ) | |
| INC., et al. ) | **MEMORANDUM OPINION & ORDER** |
| ) | |
|     Defendants. | |

                                       \*\*\*

The Court being adequately advised, **IT IS ORDERED:**

(1) That Defendant's Motion to Seal [DE 33] its Motion to Seal or Strike Notices of Satisfaction [DE 34] is **GRANTED;**

(2) That the Clerk shall **SEAL** Defendant's Motion to Seal or Strike Notices of Satisfaction [DE 34];

(3) That Defendant's Motion to Seal or Strike Notices of Satisfaction [DE 34] is **GRANTED;**

(4) That the Clerk shall **SEAL** the Notice found at DE 32 in the record of this matter, in order to avoid a breach of the confidentiality provision of the parties' settlement agreement; and

(5) That the Clerk shall **STRIKE** the notice at DE 31 in the record of this matter, in order to avoid a breach of the confidentiality provision of the parties' settlement agreement

1

and since it was not contemplated by the Court's order of December 18, 2014 [DE 30].

**IT IS FURTHER ORDERED**:

(6) That the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET** since the parties have advised the court that the provisions of the settlement agreement by and between the parties have been satisfied [DE 31] and this matter is finally resolved [DE 30].

This the 24th day of July, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge